ALICE E. WIKANDER, WHO SUES BY SETH WIKANDER, HER NEXT FRIEND, RESPONDENT, v. UVALDE ASPHALT PAVING COMPANY, APPELLANT.

Submitted July 7, 1912—Decided March 3, 1913.

On appeal from the Supreme Court, whose opinion is reported in 54 *Vroom* 290.

For the appellant, *Lindabury, Depue & Faulks.*

For the respondent, *Alexander Simpson.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Kalisch.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, MINTURN, BOGERT, VREDENBURGH, CONGDON, TREACY, JJ.   11.

*For reversal*—None.